UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE C WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>Defendants. | Case No. 17-cv-04262 NC<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 9 |
| BRUCE C WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants | Case No. 17-cv-04280 NC<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 10 |

The hearing on the motions to dismiss pro se plaintiff Bruce Williams' complaints was scheduled for today. Mr. Williams did not appear or alert the Court himself of his absence. Furthermore, Mr. Williams did not oppose Wells Fargo's motions to dismiss the complaint in either of his cases, other than objecting to Wells Fargo's Request for Judicial Notice in the earlier-filed case. Mr. Williams also has not consented nor declined the jurisdiction of a magistrate judge, despite repeated reminders to do so. The Court previously dismissed with prejudice two of Mr. Williams' complaints in nearly identical Case Nos. 17-cv-04262 NC, 17-cv-04280 NC

lawsuits earlier this year.

The Court now warns Mr. Williams that it will order his case transferred to a district court judge with the express recommendation that the court dismiss his case for failure to prosecute. To prevent this, Mr. Williams must respond to this order by Monday, October 2, 2017, explaining why the Court should not recommend the dismissal of his case.

Failure to comply with this order will not only result in the recommendation of dismissal, but also a recommendation that Mr. Williams be sanctioned.

**IT IS SO ORDERED.**

Dated: September 27, 2017 _____
NATHANAEL M. COUSINS
United States Magistrate Judge